GEORGE M. JOHNSON, Respondent, *v.* THE UTICA AND MOHAWK RAILROAD COMPANY, Appellant.

(Submitted December 16, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 8, 1891, which affirmed a judgment in favor of plaintiff upon a verdict and affirmed an order denying a motion for a new trial.

*Wm. E. Lewis* for appellant.

*Henry F. & James Coupe* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.